In the Matter of JOHN J. WALSH, Respondent, against FIORELLO H. LA GUARDIA, as Mayor of the City of New York, et al., Appellants.

(Submitted November 25, 1935; decided November 26, 1935.)

*John J. Walsh*, in person, for motion.

*Paul Windels, Corporation Counsel (Joseph L. Weiner* of counsel), opposed.

Motion denied, without costs.